# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR419-009 |
| | ) | |
| RASHAD JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF HEARING

This Court's scheduling order provided defendant with ten days to file pre-trial motions. Doc. 22. Those motions were due on May 4, 2019. As no motions have been filed, the parties are **DIRECTED** to appear before the undersigned at 2pm on May 7, 2019. The parties should be prepared to inform the Court 1) whether either party believes there will be forthcoming motions, 2) whether the parties are prepared to proceed to trial, and 3) if the parties believe that the case will result in a negotiated plea agreement.

**SO ORDERED,** this 6th day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA