IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RASHAD JONES,

    Defendant.

CRIMINAL ACTION NO.: 4:19cr09

## O R D E R

This matter is before the Court on the Motion for Leave of Absence by Felicia N. Spears, counsel for Defendant, for the dates of June 19, 2019 through June 24, 2019. (Doc. 37.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 5th day of June, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA